AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:22-mj-616 | Date and time warrant executed:<br>11/25/2022 10:00 AM | Copy of warrant and inventory left with:<br>Cell service providers |
| Inventory made in the presence of:<br>N/A |||
| Inventory of the property taken and name of any person(s) seized:<br><br>electronic records as requested<br><br>SG 2/9/2023 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/9/2023

_____
*Executing officer's signature*

Sarah Doyle, FBI SA
_____
*Printed name and title*